IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | **8:06CR199** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JEFFREY TRUDELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the request of defendant Jeffrey Trudell (Trudell) concerning the continuation of his conditions of release. On February 6, 2007, Trudell was ordered released to reside at CH, Inc., Council Bluffs, Iowa, and adhere to various other conditions of release pending further proceedings (Filing No. 11). The court was advised Trudell wished to conclude his release to CH, Inc., and be detained pending further proceedings.

Trudell appeared before the undersigned magistrate judge on March 16, 2007. He was represented by First Assistant Federal Public Defender Shannon P. O'Connor. The United States was represented by Assistant U.S. Attorney Douglas R. Semisch. After Mr. O'Connor advised the court of Trudell's request, Trudell acknowledged he wanted to be detained pending further proceedings. The court determined Trudell had not obtained employment since his admission to CH, Inc., one of his conditions of release.

After providing both parties an opportunity for allocution as to disposition and considering the request of Trudell, I find the Order Setting Conditions of Release should be revoked.

**IT IS ORDERED:**

1. The February 6, 2007, Order Setting Conditions of Release of Jeffrey Trudell (Filing No. 11) is hereby revoked.

2. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the

defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    DATED this 16th day of March, 2007.

                                      BY THE COURT:

                                      s/ Thomas D. Thalken
                                      United States Magistrate Judge