IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:06CR199
                               )
      v.                       )
                               )
JEFFREY TRUDELL,               )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to review detention (Filing No. 21).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted; the United States Marshal shall release defendant to his attorney on April 24, 2007, to begin residential treatment at the Nebraska Urban Indian Health Coalition, Inc.  Upon completion of the residential treatment at noon on June 7, 2007, the defendant will be returned to the custody of the United States Marshal.

DATED this 19th day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court