IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR199 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY TRUDELL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   This matter is before the Court on defendant's motion to extend time in which to file motion for downward departure (Filing No. 25).  The Court finds said motion should be granted.  Accordingly,

   IT IS ORDERED that defendant's motion is granted; defendant shall have until June 8, 2007, to file sentencing motions and supporting briefs in this case.

   DATED this 29th day of May, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court