IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )         8:06CR199
                             )
        v.                   )
                             )
JEFFREY TRUDELL,             )            ORDER
                             )
             Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to extend time in which to file motion for downward departure (Filing No. 27). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until June 15, 2007, to file sentencing motions and supporting briefs in this case.

DATED this 11th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court