IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:06CR199
                               )
      v.                       )
                               )
JEFFREY TRUDELL,               )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to restrict pursuant to the E-Government Act (Filing No. 31). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; the brief in support of downward departure and sentencing memorandum may be filed as restricted pursuant to the E-Government Act.

DATED this 22nd day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court