IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )          8:06CR199
                             )
       v.                    )
                             )
JEFFREY TRUDELL,             )          ORDER
                             )
            Defendant.       )
_____)
```

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Thursday, July 19, 2007, at 9:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court